K8IVPINC

1   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
2   ------------------------------x

3   UNITED STATES OF AMERICA,

4               v.                          11 CR 576 (WHP)

5   KEVIN PINERO,

6               Defendant.                  REMOTE TELECONFERENCE
                                            (Change of Counsel)
7   ------------------------------x

8                                           New York, N.Y.
                                            August 18, 2020
9                                           9:00 a.m.

10

11  Before:

12              HON. WILLIAM H. PAULEY III,

13                                          District Judge

14                          APPEARANCES

15

16  AUDREY STRAUSS,
        Acting United States Attorney for the
17      Southern District of New York
    ANDREW ROHRBACH
18      Assistant United States Attorney

19  RICHARD SIGNORELLI
        Outgoing Attorney for Defendant

20  PETER BRILL
        Incoming Attorney for Defendant

21

22

23

24

25

K8IVPINC

1          (Remote teleconference)

2          THE COURT:  This is a conference in *United States v.*

3  *Kevin Pinero*.

4          Would counsel for the government give his appearance.

5          MR. ROHRBACH:  Good morning, your Honor.

6          This is Andrew Rohrbach, for the government.

7          THE COURT:  Good morning, Mr. Rohrbach.

8          Would counsel for the defendant, Mr. Pinero, give his

9  appearance.

10          MR. SIGNORELLI:  Good morning, your Honor.

11          Richard Signorelli.

12          THE COURT:  Good morning, Mr. Signorelli.

13          And Mr. Pinero, are you able to hear and understand

14  what's being said in this proceeding this morning?

15          THE DEFENDANT:  Yes, sir.

16          THE COURT:  And Mr. Pinero, do you consent to

17  proceeding by way of teleconference, as opposed to an in-person

18  appearance in court for this conference?

19          THE DEFENDANT:  Yes, sir.

20          THE COURT:  Very well.

21          And Mr. Brill, would you give your appearance for the

22  court reporter.

23          MR. BRILL:  Certainly, your Honor.

24          It's Peter Brill, B-R-I-L-L, CJA counsel.

25          THE COURT:  All right.  Mr. Signorelli, I set this

K8IVPINC

1   matter down for a conference following my receipt of your

2   letter dated August 3, 2020, telling me that there's been an

3   irreparable breakdown in communications between you and your

4   client, and a difference of opinion as to overall case strategy

5   and related issues.

6           Mr. Pinero, have you seen a copy of Mr. Signorelli's

7   letter?

8           THE DEFENDANT:  Yes, sir.

9           THE COURT:  And is it true that you are no longer able

10  to work with your attorney, Mr. Signorelli, on this matter?

11          THE DEFENDANT:  Yes, sir.

12          THE COURT:  And do you wish the Court to appoint new

13  counsel for you?

14          THE DEFENDANT:  Yes, sir.

15          THE COURT:  All right.

16          Well, I'm going to do that, Mr. Pinero, which is why

17  I've asked Mr. Brill to be present for this proceeding.  But I

18  am going to note that Mr. Brill will be the third attorney to

19  represent you in connection with this matter.  And I'm really

20  not going to countenance additional efforts by you to change

21  counsel again.

22          You've had, in my view, highly competent attorneys who

23  previously represented you in this matter, both Mr. Baum from

24  the Federal Defenders, and Mr. Signorelli.  They are both

25  attorneys who are well-known to this Court.

K8IVPINC

1      But I am going to respect your view that you can no

2 longer work with Mr. Signorelli, and I'm going to appoint

3 Mr. Brill in his place instead as your counsel.

4      Now, Mr. Signorelli, I trust that you will cooperate

5 in every way with Mr. Brill in an orderly transfer of the file

6 of this matter?

7      MR. SIGNORELLI:  Yes, your Honor, quite immediately.

8      And everything can be done remotely and

9 electronically, as well as whatever verbal communications are

10 needed to make sure this transition is as smooth as possible.

11      THE COURT:  Very well.

12      Now, I'm going to thank you, Mr. Signorelli, for your

13 service to the Court in connection with this matter.

14      And I'd ask Mr. Rohrbach, for the benefit of the Court

15 and Mr. Brill, would you just briefly describe the current

16 status of this matter.

17      MR. ROHRBACH:  Certainly, your Honor.

18      We are before the Court for a resentencing following a

19 vacatur of one of the defendant's convictions, in light of the

20 Supreme Court's decision in *United States v. Davis*.

21      Mr. Baum and the government filed resentencing letters

22 toward the end of last year.  And at the moment, the

23 resentencing is scheduled for, I believe, October 1st of this

24 year.  And there is a status report concerning timelines for

25 filing, new sentencing submissions that I believe is due to the

K8IVPINC

| 1 | Court on August 28th.

2 |         MR. SIGNORELLI:  If I may, your Honor, this is Richard

3 | Signorelli.  I believe that August 28th date was a joint status

4 | report as opposed to an actual -- an additional resentencing

5 | submission.

6 |         MR. ROHRBACH:  This is Andrew Rohrbach, for the

7 | government.

8 |         I agree with Mr. Signorelli.  I anticipated we would

9 | be discussing the possibility of filing an additional

10 | sentencing submission.

11 |         THE COURT:  All right.  But that would be the subject

12 | of, in part, the status report.

13 |         So it seems to me, Mr. Brill, as incoming attorney,

14 | that you're going to need some time to review this matter and

15 | to review the file and to confer with your client.

16 |         And so I am prepared to fix a new date for the

17 | submission of a status report.  And I also note that

18 | Mr. Signorelli had pointed out that the sentencing is

19 | currently -- resentencing is currently scheduled for October 1.

20 | And that may not be a realistic date, given your appearance in

21 | the case today and the ongoing COVID pandemic, given the

22 | defendant's desire to appear for resentencing in person.

23 |         So let me begin by asking you how much time you'd like

24 | to review this matter with your client, and to confer with

25 | Mr. Rohrbach in order to prepare a joint status report to the

K8IVPINC

1    Court.

2          MR. BRILL:  Your Honor had requested a videoconference

3    with Mr. Pinero, which we hopefully will be having in the next

4    few days; but I imagine I'll have to have more than one, given

5    the relatively short time.

6          Could we do possibly three weeks for the status

7    report?

8          THE COURT:  Yes, sure.  I'll extend it by three weeks

9    then to September 18th.

10          All right.  So I'll require the parties to submit a

11    joint status report on September 18.  And I'll set the matter

12    down for a further conference after I see that status report on

13    September 25.  And 9 o'clock worked well this morning, so let's

14    shoot for 9 o'clock on September 25.  And at that point I'll

15    consider whatever additional briefing the parties are proposing

16    to file, and fix a sentencing date, a resentencing date.

17          Are there any other issues that counsel wish to raise

18    this morning?

19          Mr. Rohrbach?

20          MR. ROHRBACH:  Nothing from the government.

21          Thank you, your Honor.

22          THE COURT:  Mr. Brill?

23          MR. BRILL:  No, your Honor.  Thank you.

24          THE COURT:  All right.  Thank you, all.

25          Have a good day and stay safe.   (Adjourned)