UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                     11-cr-576 (PKC)

      -against-

                                                                                     ORDER

ENRIQUE BRITO,

                 Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

       The Court will hear oral argument from counsel on defendant Enrique Brito's motion for sentence reduction (Doc 760) on June 16, 2022 at 2:00 p.m. in Courtroom 11D.

       SO ORDERED.

                                                                  P. Kevin Castel
                                                           United States District Judge

Dated: New York, New York
       May 3, 2022