**Davis Polk**

Nikolaus Williams
+1 212 450 3381
nikolaus.williams@davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
davispolk.com

> Oral argument is adjourned from June 16, 2022 to July 26, 2022 at 12:00 p.m. in Courtroom 11D.
> SO ORDERED.
> Dated:  5/6/2022
>
> _P. Kevin Castel_
> P. Kevin Castel
> United States District Judge

**By ECF**

May 5, 2022

Re: *United States v. Enrique Brito*, 11 Cr. 576-16 (PKC)

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Dear Judge Castel:

We write on behalf of Defendant Enrique Brito, in the above-captioned action.  On May 4, 2022, the Court set a date of June 16, 2022, for a hearing on Mr. Brito's motion for a sentence reduction.  (ECF No. 760.)  Due to scheduling conflicts, we respectfully request that the Court adjourn the hearing until July.  We have conferred with the Government and they do not oppose the request.  The parties are available any day in July other than July 5, 6, 14, and 29.  This is the first request to adjourn the hearing.

Respectfully submitted,

Nikolaus Williams

cc: All counsel (by ECF)