UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                                                      11-cr-576 (PKC)

      -against-

                                                                                                                          ORDER

ENRIQUE BRITO,

                         Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        In light of defendant Enrique Brito's pending 28 U.S.C. § 2255 motion (Doc 595) and the potential impact of the Supreme Court's recent decision in United States v. Taylor, 142 S. Ct. 2015 (2022) (see Doc 782), on his pending § 2255 motion, the oral argument on Brito's motion for sentence reduction currently scheduled for July 26, 2022 is VACATED.

        SO ORDERED.

                                                                                         P. Kevin Castel
                                                                    United States District Judge

Dated:  New York, New York
             July 13, 2022