UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                     11-cr-576 (PKC)

  -against-

                     ORDER

ENRIQUE BRITO,

     Defendant.
-----------------------------------------------------------x
ENRIQUE BRITO,
     Movant,

                     16-cv-7618 (PKC)

  -against-

UNITED STATES OF AMERICA.
-----------------------------------------------------------x

CASTEL, U.S.D.J.:

  Enrique Brito has not made a substantial showing of the denial of a constitutional right and, accordingly, a certificate of appealability will not issue as to the denial of his section 2255 motion.  28 U.S.C. § 2253; see Blackman v. Ercole, 661 F.3d 161, 163-64 (2d Cir. 2011).  This Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Opinion and Order of April 12, 2024 would not be taken in good faith and therefore in forma pauperis status is denied.  See Coppedge v. United States, 369 U.S. 438 (1962).

  SO ORDERED.

                    /s/ P. Kevin Castel
                    P. Kevin Castel
                    United States District Judge

Dated: New York, New York
    June 10, 2024